**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE APPLICATION FOR ACCESS TO GRAND JURY MATERIALS RELATING TO HACK OF DEMOCRATIC NATIONAL COMMITTEE** | **Misc. No. 23-133 (JEB)** |

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that the [1] Application is DENIED.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date:  <u>March 8, 2024</u>